IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REGINA TAFOYA,

    Plaintiff,

v.                                                             CV No. 19-920 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING IN PART UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 19), filed March 16, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through April 6, 2020, to serve her Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through June 8, 2020, to serve his Response, and Plaintiff through June 22, 2020, to serve her reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE